IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-273 |
| | ) | |
| PERCY PHEPHUS COLEMAN, | ) | |

ORDER OF CRIMINAL FORFEITURE
AGAINST PERCY PHEPHUS COLEMAN

AND NOW, this 8th day of May, 2008, it is hereby ORDERED, ADJUDGED and DECREED that:

1. All right, title and interest of Percy Phephus Coleman in the Raven Arms, Model P-25, .25 caliber semi-automatic firearm, bearing serial number 046878 (the "Subject Property") are forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) for disposition in accordance with federal law.

2. Advertising of the Subject Property is hereby waived.

_____
                                        J.