IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 07-273 |
| PERCY PHEPHUS COLEMAN, | ) | |
| Defendant. | ) | |

ORDER OF COURT

AND NOW, this 24 day of April, 2009, it is hereby ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is hereby approved and incorporated in its entirety into this Order. It is further ORDERED that:

(1) The Bureau of Alcohol, Tobacco, Firearms and Explosives will release the Raven Arms, Model P-25, 25 caliber semi-automatic firearm, bearing serial number 046878 "as-is" to James McGovern free and clear of all forfeiture rights of the United States; and

(2) A certificate of reasonable cause is hereby entered pursuant to 28 U.S.C. § 2465.

_____
J.